# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| WESTPARK CENTER LLC, ET AL. | CIVIL ACTION NO. 24-0232 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| VERMILION HOLDINGS LLC, ET AL. | MAGISTRATE JUDGE AYO |

## JUDGMENT

Before this Court is a Motion to Dismiss Second Amended Complaint filed by defendant Vermilion Holdings, LLC. (Record Document 39). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that, consistent with the report and recommendation, Vermilion Holdings, LLC's Motion to Dismiss Second Amended Complaint (Record Document 39) is **DENIED** in all respects.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 10th day of March, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE